No. 95–8962.  ERWIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8965.  DOUGLAS v. UNITED STATES  C. A. 2d Cir.  Certiorari denied.

No. 95–8977.  JACOBS v. CIRCUIT COURT OF WISCONSIN, MARATHON COUNTY.  C. A. 7th Cir.  Certiorari denied.

No. 95–8980.  KARIMI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–8982.  MARTIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–1429.  ILLINOIS v. MONTANEZ.  App. Ct. Ill., 1st Dist.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 95–1636.  EXXON CORP. v. YOUELL ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–8824.  PANDEY v. PAUL REVERE LIFE INSURANCE CO. ET AL.  App. Ct. Mass.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–1637.  SEARIVER MARITIME, INC. v. EXXON SEAMEN'S UNION.  C. A. 3d Cir.  Motion of Institute for a Drug-Free Workplace for leave to file a brief as *amicus curiae* granted.  Certiorari denied.